AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of California

FILED
May 26 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Mauricio Hernandez | ) | Case No. 3:23-mj-70759 MAG |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 25, 2022 in the county of San Francisco in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), (b)(1)(C) | Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Fentanyl |

This criminal complaint is based on these facts:

Please see attached affidavit of FBI SA Audrey C. Heylmann

☑ Continued on the attached sheet.

/S/
*Complainant's signature*

Approved as to form /s/ Christoffer Lee
AUSA

Audrey C. Heylmann, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone *(specify reliable electronic means)*.

Date: 05/25/2023

*Judge's signature*

City and state: San Francisco, CA

Hon. Laurel Beeler, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT AND CRIMINAL COMPLAINT

I, Audrey C. Heylmann, a Special Agent of the Federal Bureau of Investigation (FBI), currently assigned to the San Francisco Division in California, being duly sworn, state:

## INTRODUCTION

1. I make this affidavit in support of an application for an arrest warrant and criminal complaint charging Mauricio Hernandez ("HERNANDEZ") with 21 U.S.C. §§ 841(a)(1), (b)(1)(C), based on his possession of a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl), occurring on or about October 25, 2022.

## SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents, officers, and witnesses. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

**AFFIANT BACKGROUND**

4. I am a Special Agent with the United States Department of Justice, Federal Bureau of Investigation assigned to the San Francisco Division and have been so employed since April 2022. I have received training at the FBI Academy in Quantico, Virginia, including training on violent street gangs, criminal case management, confidential human source development, surveillance methods, Title III investigations, and the identification, use, packaging and sales of controlled substances. I am assigned to investigate cases involving violent gangs, violent crimes, and drug trafficking. As an FBI agent, I am authorized to investigate violations of United States law and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. Prior to my current position as a Special Agent with the FBI, I was employed since September 2016 with the FBI in a professional staff capacity specializing in operations coordination, crisis management, tactical operations communications, and evidence response.

5. During my career, I have participated in investigations and cases related to drug trafficking and unlawful firearms possession and use. The investigations involved reviewing police reports, reviewing body worn camera footage, collecting evidence, conducting interviews, arresting suspects, working with state and local partners, and testifying in front of a Grand Jury.

6. During my career, I have observed a nexus between drug trafficking and firearms. Through my training, experience, and conversations with other more experienced FBI agents and law enforcement personnel, I have learned that drug traffickers often possess, traffic, carry, and use firearms. I have participated in multiple search warrants during my time with the FBI, and have frequently located firearms on the persons of, and in the homes, buildings, and vehicles associated with drug traffickers. Because drug trafficking typically involves a significant cash flow as well as high-value substances, violent acts perpetrated by drug traffickers are common, and these violent acts often involve the use of firearms. My training, experience, and conversations with other agents, officers, and confidential sources have taught me that drug

traffickers often possess firearms, engage in firearms trafficking, and have close contact with other individuals who traffic firearms.

7.      I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7).  I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law, including those regarding violent gangs, violent crimes, and drug trafficking.

8.      I have personally participated in the investigation discussed in this affidavit as a lead case agent and I am familiar with the facts and circumstances of the investigation.  My role in this investigation, combined with my training and experience, information I have learned from other FBI agents and other law enforcement agencies, and my review of records and reports relating to the investigation form the basis for the opinions I set forth in this affidavit.  Unless otherwise noted, wherever in this affidavit I assert that a statement was made, the information was provided by another FBI agent or law enforcement officer who may have had either direct or hearsay knowledge of that statement and to whom I or others have spoken, or whose reports I have read and reviewed.  Such statements are among many statements made by others and are stated in substance and in part unless otherwise indicated.

## STATEMENT OF PROBABLE CAUSE

9.      On October 25, 2022, HERNANDEZ was arrested by San Francisco Police Department (SFPD) officers near Seventh and Stevenson Streets, in San Francisco, California, in the Northern District of California.  HERNANDEZ was suspected of discharging a firearm near that location in August 2022.  During his October 25, 2022 arrest, officers recovered multiple baggies containing a mixture and substance which tested as presumptive positive for fentanyl (via TruNarc testing).  During his arrest, officers also recovered in a backpack worn by HERNANDEZ a loaded, black, 9mm Ruger Security 9 semi-automatic pistol bearing serial number 38227483.  These facts and circumstances are described in detail below.

August 14, 2022 Shooting at Seventh and Stevenson Streets

10.     Within an approximate one block radius of Seventh Street between Mission and Market Streets in San Francisco sit a federal office building at 90 Seventh Street, a federal courthouse, a preschool, a methadone clinic, and a health resource center serving the community. This area has suffered from an increase in criminal activity including drug trafficking, drug use, assaults, robberies, stabbings, and shootings.

11.     On August 14, 2022, SFPD officers responded to shots fired at the federal building at 90 Seventh Street in San Francisco. SFPD officers spoke with security personnel at the federal building and watched security video footage of the shooting. The footage showed the following.

12.     At approximately 6:49 a.m. on August 14, 2022, an individual later identified as Mauricio HERNANDEZ is riding a scooter in the vicinity of the federal building. HERNANDEZ appears to be wearing a gray and black hat with a black insignia, a black hooded sweatshirt, gray sweatpants, and white, black, and red sneakers. HERNANDEZ is carrying a pair of red, white, and black sandals that appear to have the Champion brand logo and the merchandise tag still attached.

13.     At approximately 8:50 a.m. on August 14, 2022, a large group of males appear to be standing at the southwest corner of Seventh and Stevenson Streets, near the federal building. Two males appear to be making a hand-to-hand exchange of unknown items. One male approaches HERNANDEZ and begins to argue, and at one point brandishes but later puts away what appears to be a machete. HERNANDEZ then withdraws a black firearm and points the firearm in the direction of the unknown male. Other individuals disarm the unknown male and take away the machete. HERNANDEZ then appears to raise the firearm and fire approximately two rounds at the unknown male at close range. The unknown male does not appear to be struck

or injured. HERNANDEZ then flees eastbound on Stevenson Street on a scooter. The SFPD investigation at the scene did not locate any evidence or potential witnesses, victims, or subjects.

  

The photographs above are drawn from the federal building's surveillance footage and show HERNANDEZ arriving in the vicinity of the federal building on August 14, 2022 carrying the distinctive sandals. The photographs below (which redact the face of the victim) show HERNANDEZ brandishing and discharging a firearm at the unknown male on August 14, 2022.

  

  

 

October 24, 2022 Observation Near Seventh and Stevenson Streets

14. On October 24, 2022, a security guard at the federal building at 90 Seventh Street, recognized HERNANDEZ as the person who discharged a firearm on August 14, 2022. The security guard reviewed footage from August 14, 2022 of both HERNANDEZ arriving in the vicinity of the federal building and of the shooting.

15. On October 24, 2022, at approximately 8:30 a.m., the security guard saw HERNANDEZ park a gray BMW in front of 620 Stevenson Street and put on a pair of distinctive red, white, and black sandals that appear to have the Champion brand logo that he recognized HERNANDEZ as carrying in the August 14, 2022 footage. The security guard called police to report the sighting of HERNANDEZ but when police responded, the BMW and HERNANDEZ were already gone. The photographs nearby are drawn from the federal building's surveillance footage and show HERNANDEZ near the federal building and carrying a Nike Air backpack while changing into white, black, and red Champion sandals on October 24, 2022.








October 25, 2022 Arrest Near Seventh and Mission Streets

16. The following day, October 25, 2022, the security guard again recognized HERNANDEZ and called police. The security guard reported to SFPD dispatch that the subject (HERNANDEZ) was wearing a camo jacket with a hood, black pants with designs, black shoes, and a backpack. Dispatch advised police that the subject (HERNANDEZ) had driven to the federal building in a gray four-door BMW 325i sedan with California license plate 9ATM648. When officers arrived, they located the BMW which was parked and unoccupied. Officers began searching the surrounding area for a subject matching the description from dispatch. At the southeast corner of the intersection of Mission and Seventh Streets, officers located a subject, later identified as HERNANDEZ, matching the description from dispatch. At the same time, dispatch advised that the security guard was looking at live surveillance footage of the subject at the same location, the southeast corner of Mission and Seventh Streets. Ultimately, SFPD officers detained and then arrested HERNANDEZ.

17. Officers located a powdered substance in HERNANDEZ's jacket pockets in six separate plastic bags. This substance later tested presumptive positive for fentanyl utilizing a TruNarc testing device. The substance weighed 104.5 grams in aggregate gross weight.

18. At the time of HERNANDEZ's handcuffing, he was wearing a backpack and officers were not able to remove the backpack, so they conducted a weapons search while it was still on HERNANDEZ's back. An SFPD officer felt a heavy object in the backpack and later discovered a loaded black 9mm Ruger Security 9 semi-automatic pistol with serial number 38227483. A database search revealed no registered owner for the firearm. Ultimately, SFPD officers cut the straps of the backpack to remove it from HERNANDEZ. In addition to the firearm, officers discovered in the backpack a pair of silver brass knuckles and three .38 caliber bullets. Photographs of some of these objects appear below.







19.     A search of HERNANDEZ's person also revealed a burnt plastic straw, $890.00 in miscellaneous U.S. currency, and a BMW key fob to a car that HERNANDEZ stated was his. Prior to the BMW being towed from the scene, the vehicle was searched for additional evidence pertaining to the narcotics, firearms possession, and shooting related charges. Officers located and seized a pair of red sandals that HERNANDEZ had been previously seen wearing and holding in the trunk of the BMW.

20.     At the time, a records check also revealed HERNANDEZ had a local San Francisco no-bail felony warrant for a prior conviction for violating Penal Code § 32 (accessory after the fact).

21.     Fentanyl is a Schedule II controlled substance. The above-reference fentanyl tested presumptive as fentanyl using a TruNarc testing device. Based on my training and experience, approximately 104.5 grams gross of fentanyl, packaged in multiple baggies, is an amount consistent with distribution rather than personal use. Based on my training and experience, individuals who possess controlled substances such as fentanyl for distribution often

possess firearms and other weapons to protect themselves during and in furtherance of their drug trafficking activities.

Subsequent State Court Proceedings

22. After HERNANDEZ's arrest on October 25, 2022, HERNANDEZ was charged with unlawful firearms possession and possession of controlled substances for sale in San Francisco Superior Court. HERNANDEZ had multiple pending charges due to his actions on both August 14, 2022 and October 25, 2022. On November 14, 2022, HERNANDEZ had a preliminary hearing where the court found there was probable cause to support the charges related to the October 25, 2022 possession of a loaded firearm and possession of fentanyl for sales, amongst other charges.[1] HERNANDEZ later absconded. On December 7, 2022, San Francisco Sheriff's Department issued two felony bench warrants for HERNANDEZ's arrest. On February 2, 2023, Alameda County Sheriff's Department issued a misdemeanor bench warrant for HERNANDEZ's arrest.

//
//
//
//
//
//

---

[1] The court did not hold HERNANDEZ to answer on charges related to the August 2022 discharge of the firearm noting that a crucial witness was unavailable to testify at the preliminary hearing and there was no video footage presented, but noted "The Court considered the secondhand testimony from [the testifying officer regarding the security guard's] identification of Mr. Hernandez on October 24th and October 25th to be quite credible. And the Court has a strong suspicion that Mr. Hernandez is in fact the person who was seen by [the security guard] on the August 14th video, discharging the firearm twice. In particular, the testimony about the appearance of Mr. Hernandez, about the distinctive red-orange sandals which were seen both in the August 14th video, as well as the later October video all supports the People's charges." Preliminary Hearing Transcript at 77.

## CONCLUSION

23.     Based on the information above, there is probable cause to believe that on or about October 25, 2022, HERNDADEZ violated 21 U.S.C. §§ 841(a)(1), (b)(1)(C), based on his possession with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide (fentanyl).  Accordingly, I respectfully request that the Court issue a criminal complaint and a warrant for his arrest.


/s/ Audrey C. Heylmann

_____
Audrey C. Heylmann
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this __25th_ day of May, 2023.  This complaint and warrants are to be filed under seal.

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge